

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 24, 2021

**VIA ECF**
Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

  Re: Sanchez v. Webull Financial LLC; *Case No. 1:21-cv-00930-ER*

To the Honorable Judge Ramos,

  The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter. I write to address the parties' settlement and to request that the Court so-order a consent decree memorializing the resolution agreed upon by the parties.

  By way of background, Plaintiff's class action Complaint alleges that the website at issue is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, the New York State Human Rights Law and the New York City Human Rights Law. While Defendant does not admit liability, the parties' have reached a settlement individually in order to avoid the cost and inconvenience of litigation.

  The parties hereby request that the Court approve and so-order the enclosed consent decree, and submit that the consent decree is fair and reasonable and the public interest would not be disserved by its entry. *SEC v. Citigroup Global Mkts. Inc*., 752 F.3d 285, 294 (2d Cir. 2014). They fashioned the consent decree as a reasonable resolution of the plaintiff's claims. See, e.g. *Yap v. Sumitomo Corp. of America*, No. 88 Civ. 700 (LBS), 1991 U.S. Dist. LEXIS 2124, at *15-16 (S.D.N.Y. Feb. 22, 1991) (weighing factors used to determine if a consent decree is fair and reasonable); *Meyer v. Macmillan Pub. Co*., No. 78 Civ. 2133 (MEL), 1986 U.S. Dist. LEXIS 27492, at *15-*16 (S.D.N.Y. March 28, 1996) (determining that consent decree is fair, reasonable and adequate and supported by public policy).

  Thank you for your time and consideration of the above request.

              Respectfully submitted,

              */s/ Joseph H. Mizrahi*

              Joseph H. Mizrahi, Esq.